146 A.3d 468

DONFACK

v.

ACCURATE MANAGEMENT & SALES

No. 108, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

(No. 21-C-15-054688, Circuit Court for Washington County).

Petition for writ of certiorari denied.

■

146 A.3d 468

FALLIN, Tierra

v.

STATE of Maryland

Pet. Docket No. 232, Sept. Term, 2016

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (Nos. 333 & 188, Sept. Term, 2015).

Petition for writ of certiorari denied.